**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **Case No.09-CR-30111-MJR** |
| ) | |
| **JOY ANN THOMPSON,** ) | |
| ) | |
| **Defendant.** ) | |

**MEMORANDUM AND ORDER
ADOPTING REPORT & RECOMMENDATION AND
ACCEPTING DEFENDANT'S GUILTY PLEA**

**REAGAN, District Judge:**

On February 5, 2010, the parties appeared before the Honorable Donald G. Wilkerson, United States Magistrate Judge. Pursuant to Federal Rule of Criminal Procedure 11 and Southern District of Illinois Local Rule 72.1(b)(2), with the consent of all parties and following a thorough colloquy, Defendant entered a guilty plea as to the charges contained in the indictment.

By Report and Recommendation filed February 25, 2010 (Doc. 19), Judge Wilkerson recommends that the undersigned District Judge accept Defendant's guilty plea, find Defendant guilty, direct the Probation Office to prepare a presentence investigation report and schedule sentencing herein. The parties were given an opportunity to object to Judge Wilkerson's Report. That deadline has elapsed without any party filing objections.

Accordingly, the Court **ADOPTS** in its entirety Judge Wilkerson's Report and Recommendation (Doc. 19), **ACCEPTS** Defendant Thompson's guilty plea and **ADJUDGES** Defendant Thompson guilty of the offense set forth therein. The Court **DIRECTS** the United States

Probation Office to prepare a presentence investigation report. Finally, the Court **CONFIRMS that SENTENCING** shall proceed at **11:00 a.m. on June 4, 2010**.

   **IT IS SO ORDERED.**

   **DATED this 18th day of March, 2010**

          **s/Michael J. Reagan**
          **MICHAEL J. REAGAN**
          **United States District Judge**